■ In the Matter of JOSE AMY, Appellant, v NEW YORK STATE RACING AND WAGERING BOARD, Respondent. [614 NYS2d 122] —Judgment, Supreme Court, New York County (Seymour Schwartz, J.), entered April 23, 1993, unanimously affirmed for the reasons stated by Schwartz, J., without costs and without disbursements. No opinion. Concur—Carro, J. P., Wallach, Ross, Rubin and Tom, JJ.